UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br>(individually and proceeding under pseudonym)<br><br>c/o John L. Pittman III, Esq.<br>925 B. St, Suite 604<br>San Diego, CA 92101<br><br>*Plaintiff*,<br>v.<br><br>AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES,<br>1625 L St NW, Washington, DC 20036,<br><br><br>*Serve on*: AFSCME<br>1625 L Street, N.W.<br>Washington, DC 20036-5687<br><br>*Defendants.* | Case No.: 1:25-cv-03985-SLS<br><br>Judge: Judge Sparkle L. Sooknanan |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY IN FURTHER OPPOSITION TO NONPARTY EUGENE VOLOKH'S MOTION TO INTERVENE AND UNSEAL (ECF NO. 10)

Plaintiff respectfully moves for leave to file the attached Surreply (proposed as Exhibit A) in further opposition to nonparty Eugene Volokh's Motion to Intervene and Unseal (*ECF No. 10*).

1. Good cause exists. Movant's Reply (*ECF No. 12*) raises (and reframes) issues in a way that warrants a short, targeted response to prevent prejudice and assist the Court. Specifically, Movant argues that LCvR 5.1(h)(1) "does not call for sealing of the motions" at issue and contends the Rule's interim-sealing language applies only to an

underlying "document," not the sealing/pseudonym motions themselves. (*ECF No. 12 at 2*.) Movant also injects speculation about the merits of Plaintiff's pseudonym request while simultaneously conceding he cannot actually litigate that issue without access to the sealed motions. (*Id. at 1*.)

2. The requested surreply is narrow and non-prejudicial. The proposed Surreply is limited to addressing the above points and clarifying that Plaintiff has consistently sought narrow tailoring (i.e., redaction where feasible), not permanent blanket secrecy. *(See ECF No. 11 at 10; ECF No. 8 at 2.)* It will not expand the issues or require any delay.

3. Requested relief. Plaintiff requests an Order granting leave to file the Surreply attached as Exhibit A.

**LCvR 7(m) STATEMENT**

Pursuant to LCvR 7(m), Plaintiff's counsel conferred with Movant on 1/5/26 regarding this Motion. Movant opposes the requested relief. Plaintiff's counsel also attempted to confer with Defendant's counsel on 12/29/25 regarding the operative motion to seal, ECF 8, 9. At the time of filing this document Defendant has not responded.

Respectfully submitted,

/s/ John L. Pittman III
John L. Pittman III, Esq., LLM[2]
Texas State Bar No. 24127922
New York State Bar No. 5880646
California State Bar No. PL482988
District of Columbia Bar No. 1742578
**JOHN L. PITTMAN III | ATTORNEY AT LAW, APC**
925 B Street, Suite 604
San Diego, California 92101
Direct: 760-575-4042 - Fax: 877-575-5264
jlpittmaniii@jp3law.com
**COUNSEL FOR PLAINTIFF JANE DOE**