UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE,**<br>(individually and proceeding under pseudonym)<br><br>c/o John L. Pittman III, Esq.<br>925 B. St, Suite 604<br>San Diego, CA 92101<br><br>*Plaintiff*,<br>v.<br><br>**AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES,**<br>1625 L St NW,  Washington, DC 20036,<br><br><br>*Serve on*: AFSCME<br>1625 L Street, N.W.<br>Washington, DC 20036-5687<br><br>*Defendants.* | Case No.: **1:25-cv-03985-SLS**<br><br>Judge:  Judge Sparkle L. Sooknanan |

## CERTIFICATE OF CONFERENCE

**LCvR 7(m) STATEMENT**

Pursuant to Local Civil Rule 7(m), undersigned counsel for Plaintiff certifies as follows:

1. On **January 6, 2026**, undersigned counsel sent an email to counsel for Defendant, **Mark J. Murphy** and **Khadeja Tipu**, at **mmurphy@mooneygreen.com** and **ktipu@mooneygreen.com**, seeking to confer regarding Plaintiff's Motion for Leave to File Surreply and the issues raised in Movant's Reply.

2. On **January 6, 2026**, undersigned counsel also sent an email to Movant, **Eugene Volokh**, at **volokh@stanford.edu**, seeking to confer regarding Plaintiff's Motion for Leave to File Surreply and the issues raised in Movant's Reply.

3. As of the time of filing this filing, neither Defendant's counsel nor Movant has responded to Plaintiff's conference request. Accordingly, the relief requested remains opposed, or Plaintiff is unable to determine whether it is opposed.

Respectfully submitted,

/s/ John L. Pittman III
John L. Pittman III, Esq., LLM[2]
Texas State Bar No. 24127922
New York State Bar No. 5880646
California State Bar No. PL482988
District of Columbia Bar No. 1742578
**JOHN L. PITTMAN III | ATTORNEY AT LAW, APC**
925 B Street, Suite 604
San Diego, California 92101
Direct: 760-575-4042 - Fax: 877-575-5264
jlpittmaniii@jp3law.com
***COUNSEL FOR PLAINTIFF JANE DOE***