UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANE DOE, | : | |
|     Plaintiff, | : | |
| | : | Case No. 1:25-cv-03985-SLS |
| v. | : | |
| | : | |
| AMERICAN FEDERATION OF | : | |
| STATE, COUNTY AND MUNICIPAL | : | |
| EMPLOYEES | : | |
| Defendant. | : | |

## RESPONSE TO PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM AND TO SEAL LIMITED MATERIALS

Pursuant to the Court's December 31, 2025 Order, Defendant American Federation of State, County and Municipal Employees ("Defendant" or "AFSCME"), hereby responds to Plaintiff's Motion to Proceed under Pseudonym and to Seal Limited Materials. AFSCME does not oppose Plaintiff's request to proceed under a pseudonym.

As for Plaintiff's additional requests related to sealing limited materials, AFSCME defers to the Court on how it wishes to maintain its docket and any restrictions the Court may impose on public access to the filings in this matter. AFSCME notes that the relief Plaintiff seeks appears to be as easily accomplished by the parties entering a mutually agreeable protective order addressing the "sensitive material" Plaintiff seeks to shield from public access, much of which would likely be exchanged during the parties' discovery and not necessarily subject to filing on the Court's public docket.

AFSCME further notes with respect to Plaintiff's duty to meet and confer, AFSCME's counsel received an email from Plaintiff's counsel at 9:59 p.m. on Monday, December 29, 2025 requesting to meet and confer on the instant motion – exactly one minute prior to Plaintiff filing

her motion with the Court. Had Plaintiff's counsel provided AFSCME and its counsel a meaningful opportunity to meet and confer over the issues raised in the pending motion, it is probable that the parties could have resolved this matter short of involving the Court.

January 7, 2026

                                        Respectfully submitted,

                                        /s/ Mark J. Murphy
                                        Mark J. Murphy (No. 453060 )
                                        Mooney, Green, Saindon, Murphy
                                           & Welch, P.C.
                                        1620 Eye Street, N.W.
                                        Suite 700
                                        Washington, D.C. 20006
                                        202-783-0010
                                        mmurphy@mooneygreen.com

## CERTIFICATE OF SERVICE

On this the 7th day of January 2026, a true and correct copy of Defendant's response to Plaintiff's Motion to Proceed under Pseudonym and to Seal Limited Materials was served on the following through the Court's ECF/PACER filing system:

John L. Pittman III, Esq.
925 B Street, Suite 604
San Diego, CA 92101
info@jp3law.com

*Mark J. Murphy*
_____
Mark J. Murphy